THE PITTSBURGH, CINCINNATI, AND ST. LOUIS RAILWAY CO. v. KELLER.

From the Madison Circuit Court.

*N. O. Ross* and *H. D. Thompson,* for appellant.

*Lake & Kilgore,* for appellee.

BUSKIRK, C. J.—The complaint in this case is the same as in the case of *The Pittsburgh, etc., R. W. Co.* v. *Keller, ante,* p. 211, and our ruling must be the same.

The judgment is reversed, with costs; and the cause is remanded, with the same directions as in said case.